IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40427
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO AGUILAR, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 1:94-CR-94
_____

April 16, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Pedro Aguilar, Jr., appeals his sentence of 34 months'
imprisonment for possession of marijuana with the intent to
distribute it. He argues that the district court erred in
including information as relevant conduct and by enhancing his
offense level for possession of a firearm.

We have reviewed the record and the brief, and we conclude
that the district court did not err. The information objected to
as relevant conduct was either harmlessly included or included

_____

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

without clear error.  See <u>United States v. Kings</u>, 981 F.2d 790, 795 n.11 (5th Cir.), <u>cert.</u> <u>denied</u>, 113 S.Ct. 2450 (1993); <u>United States v. Bethley</u>, 973 F.2d 396, 401 (5th Cir. 1992), <u>cert.</u> <u>denied</u>, 507 U.S. 935 (1993).  The enhancement for Aguilar's possession of firearms was also not clearly erroneous.  <u>United States v. Paulk</u>, 917 F.2d 879, 882 (5th Cir. 1990).

A F F I R M E D.